```
 1                 IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2     - - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
 3                                        Criminal Action No.
                     Plaintiff,           1:15-cr-00031-BAH
 4                                        Friday, April 3, 2015
       vs.                                10:56 a.m.
 5
       COMMERZBANK AG,
 6     COMMERZBANK AG NEW YORK BRANCH,

 7                   Defendant(s).
       - - - - - - - - - - - - - - - - x
 8     _____

 9               TRANSCRIPT OF ARRAIGNMENT HEARING
             HELD BEFORE THE HONORABLE BERYL A. HOWELL
10                   UNITED STATES DISTRICT JUDGE
       _____
11     APPEARANCES:
       For the United States:    MATTHEW MICHAEL GRAVES, ESQ.
12                               SARAH ANNE DEVLIN, ESQ.
                                 MAIA L. MILLER, ESQ.
13                               ZIA M. FARUQUI, ESQ.
                                 BONNIE JONAS, ESQ.
14                               U.S. ATTORNEY'S OFFICE
                                 555 Fourth Street, NW
15                               Washington, DC 20001
                                 (202) 252-7762
16                               matthew.graves@usdoj.gov

17     For the Defendants:       DAVID E. BRODSKY, ESQ.
                                 ADAM OLIN, ESQ.
18                               CLEARY, GOTTLIEB, STEEN &
                                 HAMILTON, LLP
19                               One Liberty Plaza
                                 New York, NY 10006
20                               (212) 225-2910
                                 dbrodsky@cgsh.com
21
                                 NELSON A. BOXER, ESQ.
22                               PETRILLO KLEIN & BOXER LLP
                                 655 Third Avenue
23                               New York, NY 10017
                                 (212) 370-0338
24                               nboxer@pkbllp.com

25     Proceedings recorded by mechanical stenography; transcript
       produced by computer-aided transcription
```

1    APPEARANCES (CONTINUED):

2    Court Reporter:              Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
3                                 U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
4                                 Washington, DC  20001
                                  202-354-3187

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  The matter before the
 3   Court, Criminal Case No. 15-31, United States of America vs.
 4   Commerzbank AG, et al.
 5            Counsel, please come forward and identify
 6   yourselves for the record.
 7            MR. GRAVES:  Good morning, Your Honor; Matt
 8   Graves, Maia Miller, Zia Faruqui from the United States
 9   Attorney's Office --
10            THE COURT:  Well, slow down so I can see who
11   everybody is.  You're Mr. Graves.  I got that.  Okay.
12            Who else is at counsel table?
13            MR. GRAVES:  Mr. Faruqui.
14            MR. FARUGUI:  Good morning, Your Honor.
15            THE COURT:  Good morning.
16            MR. GRAVES:  Ms. Miller.
17            THE COURT:  Good morning.
18            MR. GRAVES:  Then we have Ms. Devlin from the
19   Asset Forfeiture & Money Laundering section.
20            MS. DEVLIN:  Good morning.
21            THE COURT:  Good morning.
22            MR. GRAVES:  And then we have Ms. Bonnie Jonas,
23   who is an assistant with the Southern District.  We just had
24   her sworn in at this office so we'll be filing a formal
25   notice of appearance but would ask to move her at this
```

```
 1    point.
 2              THE COURT:  Well, all right.  Well, welcome to
 3    D.C.
 4              MS. JONAS:  Thank you.
 5              THE COURT:  Yes.  And for the defendant?
 6              MR. BRODSKY:  Good morning, Your Honor; David
 7    Brodsky from Cleary Gottlieb Steen & Hamilton for
 8    Commerzbank and Commerzbank New York Branch.
 9              THE COURT:  Good morning, Mr. Brodsky.
10              MR. BRODSKY:  Good morning.  And I'm here with my
11    associate, Adam Olin.
12              MR. OLIN:  Good morning, Your Honor.
13              THE COURT:  Good morning.
14              MR. BOXER:  And Nelson Boxer from Petrillo Klein &
15    Boxer, also for Commerzbank and Commerzbank New York Branch.
16              THE COURT:  Good morning, and we have one last
17    person.
18              You have to -- could you just speak up for him.
19              MR. BRODSKY:  Yes.  It's Armin Barthel, A-r-m-i-n,
20    B-a-r-t-h-e-l.  And Mr. Barthel is here representing both
21    the bank and the New York branch.
22              THE COURT:  Okay.  The corporate representative?
23              MR. BRODSKY:  Correct.
24              THE COURT:  Thank you.  You may be seated.
25              MR. BARTHEL:  Thank you.
```

1      THE COURT: All right. So let me just outline how
2  I think this hearing should proceed this morning, and then
3  you all -- since this is the first actual deferred
4  prosecution I've done, you can let me know if I'm missing
5  something.
6      I'm going to arraign the defendants for the --
7  aren't there two defendants? Commerzbank and Commerzbank
8  New York Branch?
9      MR. BRODSKY: That's correct.
10     THE COURT: All right. Because I'm just looking
11 at the joint consent motion, and it has one defendant so I
12 just wanted to make sure I was on the same page.
13     So I'm going to arraign the defendants on the
14 information that was -- that's been filed, and then I'll
15 consider the joint motion for exclusion of time under the
16 Speedy Trial Act.
17     Is there anything else we need to do today for the
18 government?
19     MR. GRAVES: Not from the government's
20 perspective, Your Honor.
21     THE COURT: And from the defendants' perspective?
22     MR. BRODSKY: No, Your Honor.
23     THE COURT: Okay. Good. So my agenda is the
24 agenda for this morning.
25     All right. So why don't we just proceed to the

1    arraignment.
2             So do you -- Mr. Brodsky, do you want to come
3    forward with the corporate representative?
4             Have you received a copy of the information
5    against --
6             MR. BARTHEL:  Yes, I have.
7             THE COURT:  -- against the defendants.
8             MR. BARTHEL:  Yes, I have.
9             THE COURT:  And do you want that information
10   read in the court, or do you waive the reading of the
11   indictment -- of the information?
12            MR. BARTHEL:  I waive the reading.
13            THE COURT:  All right.  And do you understand the
14   charges against the banks?
15            MR. BARTHEL:  Yes, I do.
16            THE COURT:  And what is the plea that you want to
17   enter to that information?
18            MR. BARTHEL:  Not guilty.
19            THE COURT:  All right.  Thank you.  You may be
20   seated.
21            All right.  So now I have before me the parties'
22   joint consent motion for exclusion of time under the Speedy
23   Trial Act due to the deferred prosecution agreement that's
24   been entered into between the parties that's docketed at ECF
25   No. 12.  I have one question about this for the government

1    so, Mr. Graves, could you come forward.
2            The "wherefore" clause on Page 3 of the document
3    requests an order approving the agreement and continuing all
4    criminal proceedings for a period of three years, and then
5    it further requests that the Court exclude a period of 18
6    months.
7            So is that just a typo, or are you -- is there
8    something I'm missing here in the disconnect between the
9    request for a three-year exclusion and 18-month exclusion?
10           MR. GRAVES:  That is just a typo, Your Honor.
11           THE COURT:  Got it.  Okay.  Good.  Thank you.
12           MR. GRAVES:  Thank you.
13           THE COURT:  All right.  Okay.  So I am going to
14   grant the motion for exclusion of time for three years.
15           I've reviewed the information.  I've reviewed the
16   factual statement and the deferred prosecution agreement,
17   which does reveal that the defendants committed serious
18   felony violations of the International Emergency Economic
19   Powers Act for processing over a period of six years, at
20   least, from 2002 through 2008, millions of dollars of
21   transactions on behalf of the Iranian and Sudanese entities
22   that were subject to U.S. economic sanctions.
23           I want to make clear that I do share the concerns
24   of my colleague, Judge Leon, who recently expressed his
25   views in a similar case involving IEEPA violations and U.S.

1   fee brokered services about the seriousness of such
2   violations and undermining the United States's national
3   security and antiterrorism efforts.  So I do take these
4   violations over such an extensive period of time for such an
5   extensive amount of money for more than one country, no
6   less, very seriously.
7       In addition, in this case, the defendants are
8   charged with failing to report suspicious activity from
9   about 2008 through 2013 and helping to -- because of this
10  failure to report suspicious activity, failure to report a
11  massive $1.6 billion securities fraud that was perpetrated
12  by the Japanese company, Olympus Corporation.
13      I take note of the following salient facts about
14  the factual statement that make me believe that granting of
15  the motion is appropriate:
16      First, the defendants conducted what appears to
17  have been a very thorough internal investigation; that the
18  defendants cooperated with the U.S. government and law
19  enforcement authorities from both New York and Washington,
20  D.C., and apparently also from the New York County District
21  Attorney's office, and voluntarily implemented enhanced
22  compliance programs;
23      In addition, the deferred prosecution agreement
24  requires the defendants to pay a fine of $79 million as well
25  as forfeit $563 million and to report every 90 days to the

1    government regarding implementation of their compliance
2    measures, including disclosure of any bank secrecy
3    violations and other civil, criminal, or administrative
4    enforcement actions that occur during the reporting period.
5            With all of those and other steps in place under
6    the deferred prosecution agreement, I will, as I said, grant
7    the motion.
8            So I will exclude the time, just so the record is
9    clear, between today and Tuesday, April 3, 2018, for the
10   purpose of allowing the defendants to demonstrate their good
11   conduct and implement fully the remedial measures that are
12   set out in the agreement, and I do find that it is in the
13   interest of justice to do so.  If the government determines
14   that the defendants have fully complied with the terms of
15   their obligations under the deferred prosecution agreement,
16   the government shall, within 30 days of April 3, 2018, file
17   a motion to dismiss with prejudice the information that's
18   been filed in this case.
19           Does the government believe that there are any
20   further findings or explanations required under the Speedy
21   Trial Act?
22           MR. GRAVES:  No.  Thank you, Your Honor.
23           THE COURT:  All right.  I will enter these
24   orders -- the appropriate orders on the docket today.
25           Is there anything further today from the

1   government?

2             MR. GRAVES:  Not from the government, Your Honor.

3             THE COURT:  And from the defense?

4             MR. BOXER:  No, Your Honor.

5             MR. BRODSKY:  No, Your Honor.

6             THE COURT:  All right.  You're all excused.  Have

7   a good trip back to New York.

8             (Whereupon the hearing was

9              concluded at 11:04 a.m.)

10

11            **CERTIFICATE OF OFFICIAL COURT REPORTER**

12

13            I, LISA A. MOREIRA, RDR, CRR, do hereby

14  certify that the above and foregoing constitutes a true and

15  accurate transcript of my stenographic notes and is a full,

16  true and complete transcript of the proceedings to the best

17  of my ability.

18       Dated this 30th day of October, 2015.

19

20                                 /s/Lisa A. Moreira, RDR, CRR
                                   Official Court Reporter
21                                 United States Courthouse
                                   Room 6718
22                                 333 Constitution Avenue, NW
                                   Washington, DC 20001

23

24

25